# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

| Case No. | CV 19-05891-PSG (DFM) | Date: | July 18, 2019 |
|---|---|---|---|
| Title | Jeffrey Thompson v. Patrick Covello, et al. | | |

| Present: The Honorable | Douglas F. McCormick, United States Magistrate Judge |
|---|---|
| Denise Vo | Not Present |
| Deputy Clerk | Court Reporter |
| Attorney(s) for Plaintiff(s): | Attorney(s) for Defendant(s): |
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) Order to Show Cause Why Petition Should Not Be Dismissed

On June 28, 2019, Jeffrey Thompson ("Petitioner") filed in the Southern District of California a petition for writ of habeas corpus by a person in state custody under 28 U.S.C. § 2254. See Dkt. 1 ("Petition"). On July 9, 2019, the action was transferred to the Central District of California because the Petition challenged a judgment of conviction that was entered within the jurisdictional boundaries of the Central District of California. See Dkt. 3.

The Petition challenges Petitioner's 2013 conviction in Los Angeles Superior Court for six counts of second degree robbery, one count of discharging a firearm with gross negligence, and one count of felony possession of a firearm. See Petition at 1, 3. In a separate petition for writ of habeas corpus under 28 U.S.C. § 2254 filed on March 15, 2018, Petitioner challenged the same 2013 judgment of conviction. See Petition, Thompson v. Binkele, No. 18-02162-PSG (DFM) (C.D. Cal. Mar. 15, 2018), Dkt. 1 at 2. Petitioner's stated grounds for relief in the instant Petition appear duplicative of the grounds raised in his 2018 petition.

To the extent that Petitioner wishes to add claims to his 2018 petition, he should file a motion for leave to amend the petition in Case No. 18-02162-PSG (DFM). Federal law generally prohibits successive § 2254 habeas petitions raising the same claims and also prohibits successive § 2254 habeas petitions raising different claims with certain exceptions. See 28 U.S.C. § 2244(b). Petitioner is therefore ORDERED to show cause in writing within 14 days of the date of this order why the Court should not dismiss this action for lack of jurisdiction.