# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JEFFREY THOMPSON,<br><br>Petitioner,<br><br>v.<br><br>PATRICK COVELLO, et al.,<br><br>Respondents. | Case No. CV 19-05891-PSG (DFM)<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any objections by the deadline. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that Judgment be entered dismissing this action without prejudice for lack of jurisdiction.

Date: April 22, 2020

PHILIP S. GUTIERREZ
United States District Judge