# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JEFFREY THOMPSON,<br><br>Petitioner,<br><br>v.<br><br>PATRICK COVELLO et al.,<br><br>Respondents. | Case No. CV 19-05891-PSG (DFM)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action dismissed without prejudice for lack of jurisdiction.

Date: April 22, 2020

_____
PHILIP S. GUTIERREZ
United States District Judge